1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT FOR THE**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

11 OSCAR RAMOS,                                          Case No.:  2:25-cv-01561-DJC-CKD

12      Plaintiff,

13        v.                                            **ORDER REFERRING CASE TO**

14 HUU DUY LUONG,                                       **MAGISTRATE JUDGE**

15      Defendant.

16

17        On June 17, 2025, Defendant Huu Duy Luong filed an answer proceeding in

18 propria persona.  *See* ECF No. 5.  As the sole defendant is proceeding in propria

19 persona, this matter is REFERRED to the assigned Magistrate Judge for all further

20 proceedings.  *See* E.D. Cal. L.R. 302(c)(21).  Any pending deadlines and hearings set

21 before the assigned District Judge are VACATED.  All documents hereafter filed with

22 the Clerk of the Court shall bear case number:  2:25-cv-01561-DJC-CKD (PS).

23        IT IS SO ORDERED.

24

25 Dated:  August 27, 2025              /s/ Daniel J. Calabretta

26                                      THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE
27

28

1